IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS KENNETH MILLS,

       Plaintiff,              No. CIV S-05-0790 GEB KJM P

    vs.

STATE OF CALIFORNIA, et al.,

       Defendants.       <u>ORDER</u>

_____/

        Plaintiff, a prisoner proceeding pro se, has requested that this action be dismissed. As provided by Fed. R. Civ. P. 41(a), plaintiff's July 8, 2005 request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: July 15, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

/kf
mill0790.59